UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WALTER PAGE,

    Petitioner,

v.

CASE NO. 2:06-CV-12229
HONORABLE GEORGE CARAM STEEH

LINDA METRISH,

    Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTIONS
## TO EXCLUDE STATEMENTS AND TO DISMISS

Before the Court are Petitioner's motions to exclude statements and to dismiss (criminal charges) on statute of limitations grounds concerning his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. The Court, however, has already denied the petition and denied a certificate of appealability and leave to proceed *in forma pauperis* on appeal in an order dated May 27, 2008. Petitioner's motions must therefore be denied. Further, to the extent that Petitioner seeks to raise additional grounds for habeas relief not previously presented to the state courts or this Court, such issues are not properly before the Court and will not be considered. Petitioner must exhaust those issues in the state courts and then, if necessary, obtain permission from the United States Court of Appeals for the Sixth Circuit to proceed on a second or successive federal habeas petition. This case is closed.

Accordingly,

**IT IS ORDERED** that Petitioner's motions are **DENIED**.

Dated: September 8, 2008

                                          S/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 8, 2008, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk